Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
FRANCISCO VALENCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALENCIA,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:24-cv-2847-JDP<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (35) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be February 19, 2025.  This is Plaintiff's first request for an extension of time and is sought because Plaintiff's counsel needs additional time to prepare Plaintiff's motion for summary judgment based on conflicting deadlines in other matters.  With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: January 15, 2025                              Respectfully submitted,

                                                                     /s/ *Jared Walker*
                                                                    Jared Walker,
                                                                    Attorney for Plaintiff

SO STIPULATED:

                        MICHELE BECKWITH
                        Acting United States Attorney

Dated: January 15, 2025      By:   /s/ *Justin L. Martin
                                       (*authorized by email on *1/15/2025)
                                       JUSTIN L. MARTIN
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

                                       <u>ORDER</u>

IT IS SO ORDERED.

Dated:   January 16, 2025                        _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE