MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO VALENCIA,<br><br>　　Plaintiff,<br><br>　v.<br><br>Commissioner of Social Security,<br><br>　　Defendant. | CIVIL NO. 2:24-cv-2847-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will issue a fully favorable decision finding the claimant disabled as of August 9, 2021, the alleged onset date of disability. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  March 21, 2025            /s/ Jared Walker*
                                  JARED WALKER
                                  Attorney for Plaintiff
                                  *Authorized via e-mail on March 21, 2025


                                  PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Social Security Administration

                           By:    /s/ Erin Jurrens
                                  ERIN JURRENS
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).  Plaintiff's motion for summary judgment, ECF No. 12, is denied as moot.

IT IS SO ORDERED.

Dated:   March 21, 2025            _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND